ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CHRISTINA WOOD v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THOMAS G. WOOD v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MARGARETE M. FONTANA v. EDOARDO FONTANO.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ANNA EHRENSTEIN v. GOLDBERG & GREENBERG.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HUBERT VOS v. DAVIES & COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

SIMON LIEBOVITZ v. HUDSON NAVIGATING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

FRANCIS C. DALE v. WESTERN UNION TELEGRAPH COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HELEN LEVY v. MAURICE LEVY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

WILLIAMSBURGH CITY FIRE INSURANCE COMPANY v. DORA LICHTENSTEIN. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MORRIS MAY v. HETTRICK BROS. COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

JOSEPH SCHENKER v. RITA P. SCHENKER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

W. H. McELWAIN v. LUIGI PRIMAVERA.— Motion granted; order resettled. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MILTON SCHNAIER v. BRADLEY CONTRACTING COMPANY.— Motion for restitution granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

WILLIAM H. DOHRMAN v. FREDERICK P. HUMPHREYS.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MERVYN WOLFF v. FRED S. BENNETT.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MAX DORFMAN v. ROBERT HARRIS and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

DEN NORSKE AMERIEKALINJE ACTIESSELSKABET, Appellant, v. SUN PRINTING AND PUBLISHING ASSOCIATION and Another, Respondents.— Order